# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

CHARLES LANGONE, as FUND MANAGER
of the NEW ENGLAND TEAMSTERS AND
TRUCKING INDUSTRY PENSION FUND
                Plaintiff

v.

COYLE CRETE, L.L.C.
                Defendant

## APPEARANCE

CASE NUMBER: C.A. No. 3:01-mc-403 (EBB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        CHARLES LANGONE, as FUND MANAGER
        of the NEW ENGLAND TEAMSTERS AND
        TRUCKING INDUSTRY PENSION FUND

| | |
|---|---|
| November 5, 2003 | /s/ Timothy B. Yolen |
| Date | Signature |
| ct00218 | Timothy B. Yolen |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-562-5100 | 5 Trumbull Street |
| Telephone Number | Address |
| 203-562-5211 | New Haven, CT 06511 |
| Fax Number | |
| | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

Eugene Micci, Esq.
P. O. Box 321
Derby, CT 06418

/s/ Timothy B. Yolen
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001