UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>            Plaintiff,<br><br>v.<br><br>COYLE CRETE, L.L.C.<br><br>            Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 3:01-mc-403 (EBB) |

## PLAINTIFF'S MOTION TO COMPEL ATTENDANCE AT DEPOSITION AND PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff hereby moves the Court to compel Defendant Coyle Crete, LLC to appear at a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6). Plaintiff's Notice of Deposition was served on defendant through its counsel on July 8, 2003. Defendant refused to attend the deposition scheduled for August 8, 2003. Defendant agreed to produce financial documents in lieu of attending the deposition but no documents have been produced to date. Plaintiff's attorney has tried in good faith to contact Defendant on this matter but has received no response. Plaintiff relies upon the attached Memorandum in Support of this motion.

Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

_____
Timothy B. Yolen
BBO #
YOLEN & PERZIN, LLC
5 Trumbull Street
New Haven, CT 06511


CERTIFICATE OF SERVICE

I, Tim Yolen, attorney for the Plaintiff, hereby certify that I have caused a copy of the foregoing document to be mailed this date by first-class mail, postage prepaid, to Eugene Micci, Esq., P.O. Box 321, Derby, CT 06418 and Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109.


Dated: November 5, 2003         _____
                                Timothy B. Yolen