UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
)
Plaintiff, )
)
v. )
)
COYLE CRETE, L.L.C. )
)
Defendant, )
_____ )

C.A. No. 3:01-mc-403 (EBB)

**PLAINTIFF'S MEMORANDUM OF SUPPORT OF THE MOTION TO COMPEL
ATTENDANCE AT DEPOSITION AND PRODUCTION OF DOCUMENTS**

This is an action for delinquent health, pension and annuity contributions owed to the New

England Teamsters and Trucking Industry Pension Fund pursuant to the Employee Retirement

Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.* A foreign judgment from

Massachusetts in the amount of $12,801.68 was registered in this Court on September 25, 2001

(Attached as Exhibit 1).

Federal Rule of Civil Procedure 69 states: On aid of the judgment or execution, the

judgment creditor or a successor in interest when that interest appears of record, may obtain

discovery from any person, including the judgment debtor, in the manner provided in these rules or

in the manner provided by the practice of the state in which the district court is held." In an effort to

successfully execute the judgment, a Notice of Deposition pursuant to F.R.C.P. 30(b)(6) was served

on Defendant Coyle Crete, LLC through its counsel (Notice attached as Exhibit 2). The deposition

is necessary in order to identify and locate the assets of the defendant corporations only. Defendant

refused to attend to the deposition scheduled for August 8, 2003. Defendant agreed to produce

financial documents in lieu of attending the deposition, but no documents have been produced to date (see Exhibit 3).

F.R.C.P. 37(d) states that if a party fails to appear at a deposition after proper notice, this Court may "make such orders in regard to the failure as is just." Plaintiff requests that an order be issued compelling Defendant to appear at a deposition at the office of Plaintiff's counsel as indicated in the original notice within thirty days of the date of the order of the court compelling his attendance, and that Defendant bring those documents listed in the said notice. A draft order is attached hereto. Counsel for Plaintiff will give Defendant not less than seven days notice of the time and date of such deposition.

Respectfully submitted,
For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

Timothy B. Yolen, BBO#
YOLEN & PERZIN, LLC
5 Trumbull Street
New Haven, CT 06511

## CERTIFICATE OF SERVICE

I, Tim Yolen, attorney for the Plaintiff, hereby certify that I have caused a copy of the foregoing document to be mailed this date by first-class mail, postage prepaid, to Eugene Micci, Esq., P.O. Box 321, Derby, CT 06418 and and Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109

Dated:    November 5, 2003

Timothy B. Yolen

2

AO 451 (Rev. 2/87) Certification of Judgment

# United States District Court

for the _____ DISTRICT OF ____Massachusetts____

CHARLES LANGONE, as FUND MANAGER
of the NEW ENGLAND TEAMSTERS AND
TRUCKING INDUSTRY PENSION FUND

v.

COYLE CRETE L.L.C.

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

Case Number: 01 cv 10208 JLT

I, _____, Clerk of this United States District Court
certify that the attached judgment is a true and correct copy of the original judgment entered in this ac-
tion on _____July 9, 2001_____, as it appears in the records of this court, and that
  ___no notice of appeal from this judgment has been filed, and no motion of any kind___
  ___listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.___

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on
8/13/01
*Date*

Tony Anastas
*Clerk*

*By) Deputy Clerk*

*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . . "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 3:01-mc-403 (EBB) |
| v. | ) ) | |
| COYLE CRETE L.L.C. | ) ) | |
| Defendant, | ) ) | |

## NOTICE OF TAKING DEPOSITION

Please take notice that, pursuant to Rule 30 and 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff in the above-entitled action, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, by his attorney, will take the deposition upon oral examination of a officer, director, agent, employee or other person designated by, who consents to and is authorized to testify on behalf of, Defendant Coyle Crete, LLC, regarding issues identified in documents in Exhibit A. The deposition will be held on Friday, August 8, 2003 at 1:00 p.m. and continuing from day to day until completed, before a notary public or other officer authorized by law to administer oaths at the offices of Yolen and Perzin, LLC, 5 Trumbull Street, New Haven, CT 06511. Deponent shall, as provided in Rule 69(a) produce and permit inspection and copying of documents described, referenced, or identified in Exhibit A attached hereto.

You are invited to attend and cross-examine.

Dated: July 8, 2003

For the Plaintiff,

CHARLES LANGONE, as FUND MANAGER of the
NEW ENGLAND TEAMSTERS & TRUCKING
INDUSTRY PENSION FUND,
By his Attorney,

Catherine M. Campbell, BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

## Certificate of Service

I, Catherine M. Campbell, attorney for the Plaintiff, hereby certify that on this day I
mailed the within document by certified mail, return receipt requested, and by first-class mail to
Eugene D. Micci, Esq., P.O. Box 321, Derby, CT 06418.

Date: July 8, 2003

Catherine M. Campbell

## EXHIBIT A

1. Any and all tax returns, federal and state, including all schedules and attachments for Coyle Crete L.L.C. from January 1, 1998 to date.

2. Any and all financial statements, audited or unaudited, prepared for internal or external use, of Coyle Crete L.L.C. from January 1, 1998 to date.

3. Any and all bylaws and articles of incorporation.

4. Any and all corporate minutes, annual reports or other public filings of Coyle Crete L.L.C. from January 1, 1998 to date.

5. Any and all documents indicating the assets of Coyle Crete L.L.C. from January 1, 2000 to date, including but not limited to, real estate, equipment and accounts receivables.

6. Any and all documents, including but not limited to, remittance reports completed by Coyle Crete, LLC, indicating pension contributions paid from January 1, 1998 to date.

7. Any and all documents indicating liabilities of Coyle Crete, LLC from January 1, 2000 to date, including but not limited to, liens, promissory notes, lines of credit or mortgages.

8. Any and all check registers and bank account records, including but not limited to, savings, checking, money market or payroll accounts of Coyle Crete, LLC from January 1, 2000 to date.

9. The general ledger or other record of accounts receivables and payables for Coyle Crete, LLC for January 1, 2000 to date.

# FEINBERG, CAMPBELL & ZACK, P.C.

### Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109

617-338-1976

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL ◊
cmc@fczlaw.com
ARTHUR G. ZACK
agz@fczlaw.com
JONATHAN M. CONTI *
jmc@fczlaw.com

◊ Also Admitted in California
★ Admitted Only in Wisconsin and Connecticut

Telecopier 617-338-7070
Toll Free 800-338-6004

August 11, 2003

**Via Facsimile**

Eugene D. Micci, Esq.
P.O. Box 321
Derby, CT 06418

      Re:   New England Teamsters & Trucking Industry Pension Fund vs. Coyle Crete
            LLC
      C.A. No. 02cv12075 JLT

Dear Mr. Micci:

      This is to confirm that your client, Charles Coyle refused to appear at the deposition that was scheduled for Friday, August 8, 2003. I have informed you that it is my intention to move to compel attendance. I will delay filing the motion for ten (10) days based on your promise to send the last three years of the company's tax returns and financial statements in order for me to evaluate your claim that the company is insolvent.

      Very truly yours,

Catherine M. Campbell

CMC:md

F:\New England Teamsters\Coyle Crete\Letters\Eugene Micci 8.11.03.doc

**MICCI & KOROLYSHUN, P.C.**
**ATTORNEYS AT LAW**
**10 Elizabeth Street, P.O. Box 321**
**Derby, Connecticut 06418**

EUGENE D. MICCI                                                    (203) 735-9220
RICHARD J. KOROLYSHUN                                                   735-0136

**FAX TRANSMITTAL SHEET**

**TO:**      **Attorney Catherine Campbell**         **FAX NO:  617-338-7070**

**FROM:**    **Eugene D. Micci, Esq.**

**DATE:**    **August 12, 2003**

**RE:**      **New England Teamsters vs. Coyle Crete, LLC**

**TOTAL NUMBER OF PAGES (INCLUDING COVER SHEET): 1**
**COMMENTS:**

Dear Ms. Campbell:

   This is to acknowledge receipt of yours of August 6th.  I have instructed my Client
to bring in the tax returns as you requested.

Very truly yours,

Eugene D. Micci

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the person responsible for delivering this facsimile, you are hereby notified that any use, dissemination, distribution or reproduction of this facsimile or its contents is strictly prohibited. If you have received this facsimile in error, please immediately notify Micci & Korolyshun, P.C. at (203) 735-9220 and return the original to us via U.S. mail. Thank you.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 3:01-mc-403 (EBB) Date: |
| COYLE CRETE, L.L.C. | ) ) ) | |
| Defendant, | ) ) ) | |

## AFFIDAVIT OF COMPLIANCE WITH LOCAL RULE 9(d)(2)

Catherine M. Campbell, Massachusetts counsel for the Plaintiff, hereby certifies that she has attempted to confer with counsel for Defendant in an effort in good faith to resolve by agreement the issues raised by the Motion to Compel Attendance At Deposition without the intervention of the Court and has been unable to reach an agreement.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3o DAY OF
October, 2003.

Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
phone: (617) 338-1976
facsimile: (617) 338-7070

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES LANGONE, as FUND MANAGER        )
of the NEW ENGLAND TEAMSTERS AND        )
TRUCKING INDUSTRY PENSION FUND,         )
                                        )
                    Plaintiff,          )
                                        )          C.A. No. 3:01-mc-403 (EBB)
v.                                      )
                                        )
COYLE CRETE, L.L.C.                     )
                                        )
                    Defendant,          )
_____   )

## ORDER

At New Haven this _____ day of _____ , 2003.

Upon application by the Plaintiff to compel attendance at a deposition and proper notice

having been given to all parties in interest, it is hereby

ORDERED that Defendant Coyle Crete, LLCattend a deposition on

_____, 2003 at 10:00 a.m. at the offices of Yolen & Perzin, LLC, 5

Trumbull Street, New Haven, CT 06511.


                                        _____
                                        The Honorable Ellen Bree Burns
                                        Senior Judge, United States District Court
                                        for the District of Connecticut